UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE R. JEWETT, | |
| Plaintiff, | NO. CV-11-0017-JPH |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 23rd day of July, 2012.

JAMES R. LARSEN
District Court Executive/Clerk

by: __s/ Karen White_____
Deputy Clerk

cc: all counsel